JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHANTWANIA DICKSON, | Case No.: 2:18-cv-07698-DDP-SS |
| --- | --- |
| Plaintiff, | ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a) |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Having considered the stipulation filed by the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own respective costs and attorney fees.

IT IS SO ORDERED.

Date: August 7, 2019

_____
Hon. Dean D. Pregerson
U.S. District Court Judge